UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SARAH DENNIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-01169-TAB-JMS ) |
| ZANE FAW, RYAN MCKEE, CITY OF INDIANAPOLIS, | ) ) ) ) |
| Defendants. | ) ) |

**ORDER ON MAY 21, 2024, SETTLEMENT CONFERENCE**

Parties appeared in person and by counsel May 21, 2024, for a settlement conference. Settlement discussions were held, and this case is settled. Therefore, any pending motions are denied as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are vacated. The parties shall file a stipulation of dismissal within 45 days.

Date: 5/21/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email