IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SARAH DENNIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:23-cv-1169 JMS-TAB ) |
| OFFICER ZANE FAW, OFFICER RYAN MCKEE, and the CITY OF INDIANAPOLIS, | ) ) ) ) |
| Defendants. | ) ) |

**ORDER APPROVING STIPULATION OF DISMISSAL**

The parties have filed their Stipulation of Dismissal Having considered the matter and been advised in the premises, the Court APPROVES the Stipulation of Dismissal.  Plainitff's claims are DISMISSED <u>with prejudice</u>.  Each party shall bear his own costs.

_____
Date

_____
Tim A. Baker,
Magistrate Judge, U.S. District Court

DISTRIBUTION:

Jeffrey S. McQuary            jmcquary@tlawindy.com
Brandon R. Newhart            Brandon.newhart@indy.gov